UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MALIK J. TAYLOR,

    Plaintiff,

v.                            Case No.:  2:19-cv-240-FtM-38MRM

JULIE JONES, J. SANCHEZ, J. R.
CONNERS, J. ADAMS, JASON
SCHUENEMEA, DIMAS GILL and
JOSHUE CAMPBELL,

    Defendants.
_____/

## **OPINION AND ORDER**[1]

This matter is before the Court on sua sponte review of the file. On February 10, 2020, the Court directed Plaintiff to submit an Amended Complaint by March 2, 2020. (Doc. 11). The Court provided Plaintiff with a reasonable opportunity to respond to the Order and Plaintiff was put on notice that the case would be dismissed if he failed to comply. As of the date on this Order, Plaintiff has neither complied with the Court's Order, nor sought an enlargement of time to do so. Thus, the Court finds Plaintiff has failed to prosecute this case and the case is due to be dismissed without prejudice under M.D. Fla. Rule 3.10(a). Because the Court is dismissing this action without prejudice, Plaintiff may file a new complaint if he wishes to pursue his claim.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

1. Plaintiff Malik Taylor's case is **DISMISSED without prejudice**.

2. The Clerk of Court shall enter judgment accordingly, terminate any pending motions as moot, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of March 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-2
Copies: All Parties of Record